# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ARCHIE ARBERRY, | |
| Plaintiff, | Case No. 2:08-cv-00168-GMN-PAL |
| vs. | **ORDER** |
| TEJAS UNDERGROUND, | |
| Defendant. | |

The court conducted a telephonic hearing on May 11, 2011, at 1:30 p.m., on Defendant's request to discuss continuing the settlement conference currently scheduled for May 18, 2011. Michael Van appeared telephonically on behalf of Defendant. Plaintiff's counsel did not appear. The court canvassed Mr. Van and inquired why the settlement conference needed to be continued as it had already been continued from January 2011. Mr. Van advised that he has a criminal case in Utah that was set for trial on an expedited basis that conflicts with the settlement conference. The settlement conference was continued at the request of Plaintiff's counsel who had been recently retained. Mr Van advised that he would be meeting with Plaintiff's counsel in the near future to exchange information and in an effort to resolve this matter. However, he requested that the settlement conference be continued for 30-60 days in the event the parties are unable to settle on their own. For good cause shown,

**IT IS ORDERED** that:

1. The Settlement Conference currently scheduled for Wednesday, May 18, 2011, at 1:30 p.m., before the undersigned, is **VACATED** and **CONTINUED** to **Wednesday, June 15, 2011, at 1:30 p.m.**, in the chambers of United States Magistrate Judge Leen, Room #3071, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

2. The deadline for chambers to receive the confidential settlement conference statements,

currently due May 11, 2011, is **VACATED** and **CONTINUED** to be received in chambers, Room 3071, not later than **4:00 p.m., June 8, 2011.**

3. No further continuances of the settlement conference will be allowed.

Dated this 12th day of May, 2011.

_____
Peggy A. Leen
United States Magistrate Judge